## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 210 MAL 2014 |
| | : |
| Respondent | : Petition for Allowance of Appeal from the |
| | : **Unpublished Memorandum and Order** |
| | : of the Superior Court at No. 2135 MDA |
| v. | : 2012 filed January 3, 2014, **affirming** the |
| | : Judgment of Sentence of the |
| | : Northumberland County Court of Common |
| NEIL ANDREW NEIDIG, | : Pleas at Nos. CP-49-CR-0000295-2012 |
| | : and CP-49-CR-0000756-2011 filed |
| Petitioner | : October 18, 2012 |
| | : |

## ORDER

**PER CURIAM**                                    **DECIDED:  August 19, 2014**

     **AND NOW**, this 19th day of August, 2014, the Petition for Allowance of Appeal is

**GRANTED**.   The judgment of the Superior Court is **VACATED**, and the matter is

**REMANDED** to the Superior Court to consider the implications of Pa.R.A.P. 1925(c), as

outlined in the dissenting statement by Judge Fitzgerald.  See Pa.R.A.P. 1925(c)(3)

(where an "appellate court is convinced that counsel has been *per se* ineffective, the

appellate court shall remand for the filing of a Statement *nunc pro tunc* and for the

preparation and filing of an opinion by the judge.").